# EXHIBIT B

# "iTunes CUSTOM CARDS"

# Sample of Marketing Materials

# iTunes Custom Cards
## A ground-breaking new promotional tool for the music industry.

iTunes Custom Cards are an exciting new promotional tool for record labels, artist managers, and promoters to distribute music to fans. Ideal for contests, giveaways, or physical distribution to radio, custom cards are the perfect replacement for promotional CDs, and in many cases less expensive. The front of the card presents a special custom design while the back contains a unique download code for the specific song or album on iTunes.

### Success Stories
An all-star lineup lit up the 47th GRAMMY Awards with a dazzling new version of "Across the Universe" for charity. Bono, Stevie Wonder, Norah Jones, Brian Wilson, Alicia Keys, Scott Weiland, Billie Joe Armstrong, Steven Tyler, Alison Krauss, Tim McGraw, and Velvet Revolver performed a live version of the classic song, available exclusively on iTunes, with all proceeds benefitting UNICEF's ongoing tsunami relief efforts. To generate additional buzz, iTunes created 500 custom cards (example photos below) to service radio with the "Across the Universe" single, encouraging stations to download the track, play the song on air, and drive listeners to iTunes to download the song for charity. The result: "Across the Universe" debuted as number 22 on the Billboard Hot 100 singles chart, making it the most successful exclusive digital track ever in its first week of release.





### Getting Started
Determine what song or album you want to promote on your card and iTunes will take care of the rest. We'll handle all design, printing and shipping responsibilities and then send you your cards for distribution. Overall pricing varies depending on volume. For information on ordering custom cards, please email itunescustomcards@apple.com. Please allow 7 to 10 business days for a response.

**More examples of Custom Cards**





Home > iTunes > Partner with iTunes > iTunes Custom Cards

Copyright © 2005 Apple Computer, Inc. All rights reserved.