EXHIBIT E

STARBUCKS- iTUNES

DIGITAL RELEASE ALBUMS



site map . nutrition . international . customer service . search . your account

**Store Locator**
Enter Location
Advanced

our coffees   our stores   starbucks card   at home   for business   about us   shop online

the company
investor relations
career center
press room ◀
archives
contact us
social responsibility
international stores
rumor response

**press room**

SEATTLE, September 20, 2007
**DIGITAL MUSIC "NOW PLAYING" AT STARBUCKS STORES WITH THE LAUNCH OF THE ITUNES WI-FI MUSIC STORE ON OCT. 2**

**STARBUCKS TO CELEBRATE BY GIVING AWAY AN UNPRECEDENTED 50 MILLION SONGS ON ITUNES**

*Starbucks "Song of the Day" Offers 1.5 Million Free Songs Per Day from a Diverse Line-Up of Artists including Bob Dylan, Joni Mitchell, KT Tunstall and John Mayer*

On October 2, the iTunes Wi-Fi Music Store, which features Starbucks exclusive "Now Playing" service, goes live in more than 600 Starbucks locations in New York and Seattle. In celebration of this historic launch, Starbucks announced today that it will introduce the digital music experience across all of its U.S. company-operated and licensed stores by offering its customers the "Song of the Day," an unprecedented free digital music promotion. From October 2 to November 7 at more than 10,000 Starbucks locations, customers may receive "Song of the Day" cards redeemable on the iTunes Store for Mac or PC (www.itunes.com) for a complimentary song hand-selected by Starbucks Entertainment. Throughout the promotion, Starbucks will give away 1.5 million downloads on iTunes per day for a total of more than 50 million free songs.

"This is a landmark moment for Starbucks," said Ken Lombard, president of Starbucks Entertainment. "With the launch of the iTunes Wi-Fi Music Store at Starbucks we can now provide the same classic coffeehouse experience and compelling music offerings our customers have come to expect from us through a new platform ideal for the digital music consumer. This is the first step in combining the power of brick and mortar retail and digital music."

"Song of the Day" kicks-off Starbucks exclusive partnership with Apple which lets customers use the T-Mobile HotSpot Wi-Fi Network at participating Starbucks to wirelessly download music onto their iPhone, iPod touch or laptop from the iTunes Wi-Fi Music Store with no Wi-Fi connection fees or HotSpot login required.

Starbucks will also introduce a new "Now Playing" feature, which allows customers using the iTunes Wi-Fi Music Store at Starbucks to instantly preview, buy, and download the music currently playing overhead. This is the only technology of its kind that allows customers to download the music they discover in the environment around them.

"Song of the Day" will offer hand-picked songs from top artists including Bob Dylan, Joss Stone, Dave Matthews, Bebel Gilberto, John Mayer, KT Tunstall, John Legend, Annie Lennox, Joni Mitchell, Keith Urban and Paul McCartney plus great music from up-and-coming artists such as Sia, Band of Horses, Hilary McRae, Frederico Aubele and Sara Bareilles.

Each morning and while supplies last, Starbucks customers nationwide can discover that day's complimentary download as part of their daily coffee routine. Upon receiving their complimentary download card at Starbucks, customers will have until the end of the calendar year to redeem the song on the U.S. iTunes Store.

Starting October 2, Starbucks company-operated locations in the U.S. will offer iTunes Digital Release Cards for sale, including KT Tunstall's "Drastic Fantastic" with bonus music videos, digital booklet and a behind-the-scenes documentary video, and music from the film "Into the Wild," featuring all new songs from Eddie Vedder with bonus tracks and digital booklet. Each iTunes Digital Release Card contains a full album's worth of music and features collectible artwork. After the card is activated upon purchase at Starbucks, customers can download the album and bonus material on the iTunes Store for Mac or PC.

Starbucks will also offer the Starbucks Card Plus Two, a limited edition re-loadable Starbucks card with added bonus value. When a Starbucks Card Plus Two is registered online the cardholder will receive two complimentary song downloads of their choice on the U.S. iTunes Store.

The iTunes Wi-Fi Music Store at Starbucks will continue its national rollout to 350 Starbucks stores in the San Francisco Bay area in early November; 500 stores in Los Angeles in early February 2008; 300 stores in Chicago in March 2008; and additional markets throughout the U.S. later in 2008. The iTunes Wi-Fi Music Store at Starbucks will run on the robust T-Mobile HotSpot Wi-Fi network which is available at participating Starbucks locations across the U.S.

**About Starbucks**

Starbucks Coffee Company (Nasdaq: SBUX) provides an uplifting experience that enriches people's lives one moment, one human being, one extraordinary cup of coffee at a time. To share in the experience, visit www.starbucks.com.

**Contact Information:**

Doug Cavarocchi

Starbucks Entertainment

206-318-7100

press@starbucks.com

Allison Elbl

I/D Public Relations

323-822-4851

aelbl@id-pr.com

© 2008 Starbucks Corporation. All rights reserved.   Terms of Use . Privacy . Contact Us . Career Center . Partners