Driessen et al v. Starbucks et al									Doc. 1 Att. 7

# EXHIBIT F
# INVITATION TO LICENSE LETTER TO STARBUCKS

Dockets.Justia.com

Starbucks Coffee Company
Attention: Legal
2401 Utah Ave. South
Seattle, WA 98134


REF: Digital Release Cards; also via emails

Dear Starbucks Legal,

As the Corporate Attorney in charge of IP for our company called Vibme, I am contacting you in hopes that you will be able to forward this to your correct person or Division looking for that new trendsetting distribution method for the mobile media and downloadable media excitement that is hitting the industry in a big way.

I viewed a sign inside a Starbucks Retail Store which states,

"Buy it Here. Download it at iTunes"

I'm sure you are finding that people are really liking this knew way grabbing their media. The thing is that we own the US patents on this new type of distribution (parent patent USPTO 7003500 and related applications). You may have seen the iTunes version of the "Custom Cards" specific song download card first released in March of 2005.(see http://www.apple.com/uk/itunes/marketing/) It was unfortunate that Apple pulled that program in the US when they found out about us and moved it to the UK, but perhaps if Starbucks Coffee Company and iTunes are now enjoying the right kind of success with this in the US, you might even consider offering other types of media with our "SCART" Card products to all your customers. Please note that the word "infringement" is a very complex legal question and you should refer to your own legal team in deciding your course of action in this. This letter is informational and a request that you consider our Vibme "SCART" products and/or licensing. Wouldn't you like to know that you can deliver digital downloads this way and protect against copy cats.

We're a modest company but plan on growing fast. You can learn more about us at Vibme.com. We will also be aggressively protecting all of our potential intellectual property rights to the SCART methods of distribution. Also if you have any of the contact information with the folks who are using "Digital Release" products (they are kind of hard to get a hold of) I would really be interested in offering some more of these types of services to them as well.

My contact info is below. You can call me any time.

Sincerely,

*James L. Driessen*

James L. Driessen, Attorney at Law

Starbucks Coffee Company
Attention: Legal
2401 Utah Ave. South
Seattle, WA 98134


REF: Digital Release Cards; also via emails

Dear Starbucks Legal,

As the Corporate Attorney in charge of IP for our company called Vibme, I am contacting you in hopes that you will be able to forward this to your correct person or Division looking for that new trendsetting distribution method for the mobile media and downloadable media excitement that is hitting the industry in a big way.

I viewed a sign inside a Starbucks Retail Store which states,

"Buy it Here. Download it at iTunes"

I'm sure you are finding that people are really liking this knew way grabbing their media. The thing is that we own the US patents on this new type of distribution (parent patent USPTO 7003500 and related applications). You may have seen the iTunes version of the "Custom Cards" specific song download card first released in March of 2005.(see http://www.apple.com/uk/itunes/marketing/) It was unfortunate that Apple pulled that program in the US when they found out about us and moved it to the UK, but perhaps if Starbucks Coffee Company and iTunes are now enjoying the right kind of success with this in the US, you might even consider offering other types of media with our "SCART" Card products to all your customers. Please note that the word "infringement" is a very complex legal question and you should refer to your own legal team in deciding your course of action in this. This letter is informational and a request that you consider our Vibme "SCART" products and/or licensing. Wouldn't you like to know that you can deliver digital downloads this way and protect against copy cats.

We're a modest company but plan on growing fast. You can learn more about us at Vibme.com. We will also be aggressively protecting all of our potential intellectual property rights to the SCART methods of distribution. Also if you have any of the contact information with the folks who are using "Digital Release" products (they are kind of hard to get a hold of) I would really be interested in offering some more of these types of services to them as well.

My contact info is below. You can call me any time.

Sincerely,

*James L. Driessen*

James L. Driessen, Attorney at Law