James L. Driessen
Marguerite A. Driessen
305 North 1130 East
Lindon, UT  84042

Plaintiffs Pro Se

```
                                    FILED
                              U.S. DISTRICT COURT

                              2008 MAY 16  A 11: 21

                              DISTRICT OF UTAH

                              BY:_____
                                    DEPUTY CLERK
```

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| James L. and Marguerite A. Driessen, | **MOTION TO DISMISS WITH PREJUDICE** |
| Plaintiffs, | |
| v. | Case No: 2:08cv00126 TS |
| Starbucks Corporation and Apple Inc., | Honorable Ted Stewart |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41, Plaintiffs James L. Driessen and Marguerite A. Driessen hereby agree and stipulate to the dismissal with prejudice of all claims asserted against Apple Inc. and Starbucks Corporation.  Plaintiffs James L. Driessen and Marguerite A. Driessen and Defendant Apple Inc. have settled all claims in this cause of action, and that settlement relieves Defendants Apple Inc. and Starbucks Corporation of any and all potential liability.  The parties request that the Court enter an order dismissing with prejudice all claims in accordance with this stipulation in the form of the Proposed Order attached hereto.

Each party shall bear its own costs and attorneys' fees.

DATED: May 16th, 2008

By _____
James L. Driessen
PLAINTIFF PRO SE

BY _____
Marguerite A. Driessen
PLAINTIFF PRO SE

DM_US:21228674_1

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May, 2008 a true and correct copy of the foregoing was served upon the person(s) named below, at the address set out below the name, either by mailing postage prepaid, hand delivery, Federal Express, or by telecopying a true and correct copy of said document.

| | |
|---|---|
| Charles Stormont | [ ] U.S. Mail |
| Howrey LLP | [ ] Federal Express |
| 170 S. Main St., Suite 400 | [X] Hand Delivery |
| Salt Lake City, Utah, 84101 | [ ] Telefacsimile |
| Counsel for Apple, Inc. | [ ] Other |

*/s/ Maryeve A. Driesse*